#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORI E. TERRELL,<br>    *Plaintiff*,<br>v.<br>MR. COOPER GROUP, INC., *et al.*,<br>    *Defendants*. | Civil Action No. 20-0496 (CKK) |

#### ORDER
(August 12, 2020)

For the reasons provided in the accompanying Memorandum Opinion, the Court **DENIES** Plaintiff's Motion to Remand, ECF No. 9, and **GRANTS** Defendant's Motion to Dismiss, ECF No. 5.  The Court dismisses the Amended Complaint **WITHOUT PREJUDICE** and grants Plaintiff leave to amend her pleading, to the extent possible, in accordance with the accompanying Memorandum Opinion.  Plaintiff shall file any amended pleading with this Court on or before **SEPTEMBER 11, 2020**.  If Plaintiff does not file any amended pleading with the Court on or before **SEPTEMBER 11, 2020**, the Court will dismiss this action with prejudice.  In response to Plaintiff's amended pleading, if any, Defendant may re-file its current Motion to Dismiss, ECF No. 5, or request leave of the Court to file a new motion addressing any novel issues that arise.

**SO ORDERED.**

Dated: August 12, 2020

                                                                  /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge